# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

City of Coral Springs Police Officers' Pension Plan

                         Plaintiff,

v.                                                 Case No.: 1:23−cv−02712

                                                  Honorable John Robert Blakey

John F. Young, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 8, 2023:

      MINUTE entry before the Honorable John Robert Blakey: Any docket entries shall be made in case number 21 CV 3611. No further entries shall be made on this docket. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.